UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**    CHAPTER 13
Anna Jackson    CASE NO. 18-40024-MAR
    JUDGE MARK A RANDON

Debtor                                                         /

## Notice of Unclaimed Dividends

TO: CLERK OF THE COURT

The Trustee's check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Debtor Name and Address | Court Claim # | Class | Amount |
|---|---|---|---|
| Anna Jackson<br>8133 Starling Ct<br>Ypsilanti, MI 48197 | N/A | Debtor Refund | $902.27 |
| **Total** | | | $902.27 |

Date: January 09, 2020

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Standing Trustee

/s/ Krispen S. Carroll
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
719 Griswold Street
Suite 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com